HOBBS *vs.* GEORGIA LUMBER, *etc.*, COMPANY.

The general superintendent of the Georgia Lumber and Turpentine Company is the agent thereof; and where, in a proceeding to foreclose a laborer's lien under §1991, par. 1, of the Code, the affiant averred that he demanded payment of the debt due him as a laborer of " J. M. Stevens, general superintendent of the Georgia

Burke *vs.* The State of Georgia.

Lumber and Turpentine Company, a corporation, and whose duty it was to settle with laborers in and around said saw-mill and turpentine works, and who, at the time of said demand, refused, and still refuses, to pay the same," this was a sufficient allegation of demand "on the owner, agent or lessee" of the property, and a dimissal on demurrer was error.   58 *Ga.*, 411.

Judgment reversed.

September 16, 1884.

JACKSON, Chief Justice.

[John W. Hobbs made affidavit to foreclose a laborer's lien on a saw-mill and turpentine works, against the Georgia Lumber and Turpentine Company.  The statement of the affidavit as to the making of a demand on the defendant was as follows:

" Since two hundred and eighty-eight dollars became due, he demanded payment of the same of J. M. Stevens, general superintendent of the Georgia Lumber and Turpentine Co., a corporation, and whose duty it is to settle with the laborers in and around said mill and turpentine works, who at the time (of) said demand, (refused and still refuses) to pay the same."

Defendant filed a counter-affidavit.  On motion, the court dismissed the case, on the ground that it did not sufficiently appear in the affidavit that demand for payment was made of the owner, agent or lessee of defendant. Plaintiff excepted.]